JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICK SELVY,** an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>**ABC PHONES OF NORTH CAROLINA, INC.,** a North Carolina Corporation, **DOES 1 through 50**, inclusive<br><br>   Defendants. | Case No. 8:21-cv-01207-JLS-DFM<br><br>**ORDER ON JOINT STIPULATION FOR ARBITRATION AND STAY ACTION** |

## ORDER

Based on the Stipulation between all Parties to the present action, IT IS SO ORDERED THAT:

1. Plaintiff NICK SELVY shall arbitrate his claims against Defendant ABC PHONES OF NORTH CAROLINA, INC.;

2. Discovery shall be conducted pursuant to the California Code of Civil

Procedure, as opposed to JAMs rules;

3. Defendant to pay the entire cost of arbitration;

4. This action is hereby stayed until such arbitration is completed;

5. This Court shall retain jurisdiction over this case pending the conclusion of arbitration; and

6. Within a reasonable time after a final award is granted or settlement is reached, Plaintiff shall advise this Court of the outcome of the arbitration proceedings or any settlement.

DATED: September 24, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE